IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | **Chapter 13 Proceeding** |
| **Thomas Michael Ebert, III** | : | **Case No. 20-61210** |
| **April Raquel Ebert,** | : | **Judge John Gustafson** |
| Debtor(s). | | |

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), Trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and Debtor(s) have completed all payments under the Chapter 13 Plan:

**Part 1: Mortgage Information**

Creditor Name: **U.S. Bank Home Mortgage**
Court Proof of Claim number: **013a**
Last 4 digits of any number used to identify account: **4015/arrears**
Property Address: **5440 State Route 19, Galion, OH 44833**

**Part 2: Cure Amount**

Total cure disbursements made by Trustee:

a. Allowed prepetition arrearage: (a) $3,009.05
b. Prepetition arrearage paid by Trustee: **(b) $3,009.05**
c. Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): (c) $0.00
d. Amount of post-petition fees, expenses and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by Trustee: **(d) $0.00**
e. Allowed post-petition arrearage: (e) $0.00
f. Post-petition arrearage paid by Trustee: **(f) $0.00**

g. **TOTAL.** Add lines b, d, and f. (g) $3,009.05

## Part 3: Post-petition Mortgage payment

X      Mortgage is paid through Trustee.
       Current monthly mortgage payment: **$1,042.67**
       Next post-petition payment is due on: **August 2024**

      Mortgage is paid directly by Debtor(s).

## Part 4: A Response is Required by Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), Creditor must file and serve on Debtor(s), their Counsel, and Trustee, within 21 days after service of this notice, a statement indicating whether Creditor agrees that Debtor(s) have paid in full the amount required to cure the default and stating whether Debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response. Failure to file and serve the statement may subject Creditor to further action of the Court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by Trustee is attached to copies of this notice sent to Debtor(s) and Creditor.

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Email: Info@Chapter13Canton.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, a true and correct copy of the Notice of Final Cure Payment was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Jonathon Carl Elgin, Counsel for Thomas Michael Ebert, III and April Raquel Ebert, at jc@jcelgin.com

and by regular U.S. mail, postage prepaid, upon:

Thomas Michael Ebert, III and
April Raquel Ebert, Debtors
5440 State Route 19
Galion, OH 44833

U.S. Bank Home Mortgage a division, Creditor
of U.S. Bank National Association
2800 Tamarack Road
Owensboro, KY 42301

U.S. Bank Home Mortgage a division, Creditor
of U.S. Bank National Association
3751 Airpark Mail Code CN-KY-APDC
Owensboro, KY 42301

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 013 | 1 | 06.28.2024 | 24_06 | U.S. Bank Home Mortgage a divis | System Disbursement | 889144 | 1,042.67 | 1,042.67 | 0.00 |
| Cleared: | | | | Posted: 06.28.2024 | of U.S. Bank National Association 3751 Airpark Mail Code CN-KY-APDC Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 05.31.2024 | 24_05 | U.S. Bank Home Mortgage a divis | System Disbursement | 888226 | 1,042.67 | 1,042.67 | 0.00 |
| Cleared: 06.05.2024 | | | | Posted: 05.31.2024 | of U.S. Bank National Association 3751 Airpark Mail Code CN-KY-APDC Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 04.30.2024 | 24_04 | U.S. Bank Home Mortgage a divis | System Disbursement | 887288 | 1,042.67 | 1,042.67 | 0.00 |
| Cleared: 05.07.2024 | | | | Posted: 04.30.2024 | of U.S. Bank National Association 3751 Airpark Mail Code CN-KY-APDC Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 03.29.2024 | 24_03 | U.S. Bank Home Mortgage a divis | System Disbursement | 886372 | 1,042.67 | 1,042.67 | 0.00 |
| Cleared: 04.05.2024 | | | | Posted: 03.29.2024 | of U.S. Bank National Association 3751 Airpark Mail Code CN-KY-APDC Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 02.29.2024 | 24_02 | U.S. Bank Home Mortgage a divis | System Disbursement | 885469 | 1,042.67 | 1,042.67 | 0.00 |
| Cleared: 03.05.2024 | | | | Posted: 02.29.2024 | of U.S. Bank National Association 3751 Airpark Mail Code CN-KY-APDC Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 01.31.2024 | 24_01 | U.S. Bank Home Mortgage a divis | System Disbursement | 884538 | 1,042.67 | 1,042.67 | 0.00 |
| Cleared: 02.06.2024 | | | | Posted: 01.31.2024 | of U.S. Bank National Association 3751 Airpark Mail Code CN-KY-APDC Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 12.29.2023 | 23_12 | U.S. Bank Home Mortgage a divis | System Disbursement | 883465 | 1,042.67 | 1,042.67 | 0.00 |
| Cleared: 01.08.2024 | | | | Posted: 12.29.2023 | of U.S. Bank National Association 3751 Airpark Mail Code CN-KY-APDC Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 11.30.2023 | 23_11 | U.S. Bank Home Mortgage a divis | System Disbursement | 882534 | 1,042.67 | 1,042.67 | 0.00 |
| Cleared: 12.05.2023 | | | | Posted: 11.30.2023 | of U.S. Bank National Association 3751 Airpark Mail Code CN-KY-APDC Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 10.31.2023 | 23_10 | U.S. Bank Home Mortgage a divis | System Disbursement | 881525 | 1,042.67 | 1,042.67 | 0.00 |
| Cleared: 11.07.2023 | | | | Posted: 10.31.2023 | of U.S. Bank National Association 3751 Airpark Mail Code CN-KY-APDC Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 09.29.2023 | 23_09 | U.S. Bank Home Mortgage a divis | System Disbursement | 880255 | 1,042.67 | 1,042.67 | 0.00 |
| Cleared: 10.16.2023 | | | | Posted: 09.29.2023 | of U.S. Bank National Association 3751 Airpark Mail Code CN-KY-APDC Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 08.31.2023 | 23_08 | U.S. Bank Home Mortgage a divis | System Disbursement | 879075 | 933.40 | 933.40 | 0.00 |
| Cleared: 09.11.2023 | | | | Posted: 08.31.2023 | of U.S. Bank National Association 3751 Airpark Mail Code CN-KY-APDC Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 07.31.2023 | 23_07 | U.S. Bank Home Mortgage a divis | System Disbursement | 877897 | 933.40 | 933.40 | 0.00 |
| Cleared: 08.08.2023 | | | | Posted: 07.31.2023 | of U.S. Bank National Association 3751 Airpark Mail Code CN-KY-APDC Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 06.30.2023 | 23_06 | U.S. Bank Home Mortgage a divis | System Disbursement | 876785 | 933.40 | 933.40 | 0.00 |
| Cleared: 07.12.2023 | | | | Posted: 06.30.2023 | of U.S. Bank National Association 3751 Airpark Mail Code CN-KY-APDC Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 05.31.2023 | 23_05 | US Bank | System Disbursement | 875868 | 933.40 | 933.40 | 0.00 |
| Cleared: 06.07.2023 | | | | Posted: 05.31.2023 | 4801 Frederica Street Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 04.28.2023 | 23_04 | US Bank | System Disbursement | 874770 | 933.40 | 933.40 | 0.00 |
| Cleared: 05.05.2023 | | | | Posted: 04.28.2023 | 4801 Frederica Street Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 03.31.2023 | 23_03 | US Bank | System Disbursement | 873782 | 933.40 | 933.40 | 0.00 |
| Cleared: 04.10.2023 | | | | Posted: 03.31.2023 | 4801 Frederica Street Owensboro KY 42301- | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 013 | 1 | 02.28.2023 | 23_02 | US Bank | | System Disbursement | 872703 | 933.40 | 933.40 | 0.00 |
| Cleared: 03.08.2023 | | | Posted: 02.28.2023 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 01.31.2023 | 23_01 | US Bank | | System Disbursement | 871710 | 933.40 | 933.40 | 0.00 |
| Cleared: 02.07.2023 | | | Posted: 01.31.2023 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 12.29.2022 | 22_12 | US Bank | | System Disbursement | 870607 | 933.40 | 933.40 | 0.00 |
| Cleared: 01.04.2023 | | | Posted: 12.29.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 11.30.2022 | 22_11 | US Bank | | System Disbursement | 869527 | 933.40 | 933.40 | 0.00 |
| Cleared: 12.09.2022 | | | Posted: 11.30.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 10.31.2022 | 22_10 | US Bank | | System Disbursement | 868478 | 933.40 | 933.40 | 0.00 |
| Cleared: 11.07.2022 | | | Posted: 10.31.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 09.30.2022 | 22_09 | US Bank | | System Disbursement | 867372 | 933.40 | 933.40 | 0.00 |
| Cleared: 10.07.2022 | | | Posted: 09.30.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 08.31.2022 | 22_08 | US Bank | | System Disbursement | 866249 | 896.14 | 896.14 | 0.00 |
| Cleared: 09.09.2022 | | | Posted: 08.31.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 07.29.2022 | 22_07 | US Bank | | System Disbursement | 865027 | 896.14 | 896.14 | 0.00 |
| Cleared: 08.05.2022 | | | Posted: 07.29.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 06.30.2022 | 22_06 | US Bank | | System Disbursement | 863927 | 896.14 | 896.14 | 0.00 |
| Cleared: 07.07.2022 | | | Posted: 06.30.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 05.31.2022 | 22_05 | US Bank | | System Disbursement | 862766 | 896.14 | 896.14 | 0.00 |
| Cleared: 06.10.2022 | | | Posted: 05.31.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 04.29.2022 | 22_04 | US Bank | | System Disbursement | 861646 | 896.14 | 896.14 | 0.00 |
| Cleared: 05.06.2022 | | | Posted: 04.29.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 03.31.2022 | 22_03 | US Bank | | System Disbursement | 860599 | 896.14 | 896.14 | 0.00 |
| Cleared: 04.06.2022 | | | Posted: 03.31.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 02.28.2022 | 22_02 | US Bank | | System Disbursement | 859434 | 896.14 | 896.14 | 0.00 |
| Cleared: 03.07.2022 | | | Posted: 02.28.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 01.31.2022 | 22_01 | US Bank | | System Disbursement | 858380 | 896.14 | 896.14 | 0.00 |
| Cleared: 02.09.2022 | | | Posted: 01.31.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 12.30.2021 | 21_12 | US Bank | | System Disbursement | 857310 | 896.14 | 896.14 | 0.00 |
| Cleared: 01.10.2022 | | | Posted: 12.30.2021 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |
| 9 | 013 | 1 | 11.30.2021 | 21_11 | US Bank | | System Disbursement | 856156 | 896.14 | 896.14 | 0.00 |
| Cleared: 12.07.2021 | | | Posted: 11.30.2021 | | 4801 Frederica Street | Owensboro KY 42301- | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 013 | 1 | 10.29.2021 | 21_10 | US Bank | System Disbursement | 855012 | 896.14 | 896.14 | 0.00 |
| Cleared: 11.05.2021 | | | Posted: 10.29.2021 | | 4801 Frederica Street  Owensboro  KY  42301- | | | | | |
| 9 | 013 | 1 | 09.30.2021 | 21_09 | US Bank | System Disbursement | 853803 | 896.14 | 896.14 | 0.00 |
| Cleared: 10.06.2021 | | | Posted: 09.30.2021 | | 4801 Frederica Street  Owensboro  KY  42301- | | | | | |
| 9 | 013 | 1 | 08.31.2021 | 21_08 | US Bank | System Disbursement | 852545 | 880.44 | 880.44 | 0.00 |
| Cleared: 09.10.2021 | | | Posted: 09.01.2021 | | 4801 Frederica Street  Owensboro  KY  42301- | | | | | |
| 9 | 013 | 1 | 07.30.2021 | 21_07 | US Bank | System Disbursement | 851267 | 880.44 | 880.44 | 0.00 |
| Cleared: 08.06.2021 | | | Posted: 07.30.2021 | | 4801 Frederica Street  Owensboro  KY  42301- | | | | | |
| 9 | 013 | 1 | 06.30.2021 | 21_06 | US Bank | System Disbursement | 849698 | 880.44 | 880.44 | 0.00 |
| Cleared: 07.07.2021 | | | Posted: 06.30.2021 | | 4801 Frederica Street  Owensboro  KY  42301- | | | | | |
| 9 | 013 | 1 | 05.28.2021 | 21_05 | US Bank | System Disbursement | 848419 | 880.44 | 880.44 | 0.00 |
| Cleared: 06.08.2021 | | | Posted: 05.28.2021 | | 4801 Frederica Street  Owensboro  KY  42301- | | | | | |
| 9 | 013 | 1 | 04.30.2021 | 21_04 | US Bank | System Disbursement | 847033 | 880.44 | 880.44 | 0.00 |
| Cleared: 05.07.2021 | | | Posted: 04.30.2021 | | 4801 Frederica Street  Owensboro  KY  42301- | | | | | |
| 9 | 013 | 1 | 03.31.2021 | 21_03 | US Bank | System Disbursement | 845574 | 880.44 | 880.44 | 0.00 |
| Cleared: 04.06.2021 | | | Posted: 03.31.2021 | | 4801 Frederica Street  Owensboro  KY  42301- | | | | | |
| 9 | 013 | 1 | 02.26.2021 | 21_02 | US Bank | System Disbursement | 844045 | 880.44 | 880.44 | 0.00 |
| Cleared: 03.05.2021 | | | Posted: 02.26.2021 | | 4801 Frederica Street  Owensboro  KY  42301- | | | | | |
| 9 | 013 | 1 | 01.29.2021 | 21_01 | US Bank | System Disbursement | 842819 | 880.44 | 880.44 | 0.00 |
| Cleared: 02.08.2021 | | | Posted: 01.29.2021 | | 4801 Frederica Street  Owensboro  KY  42301- | | | | | |
| 9 | 013 | 1 | 12.31.2020 | 20_12 | US Bank | System Disbursement | 841265 | 880.44 | 880.44 | 0.00 |
| Cleared: 01.11.2021 | | | Posted: 12.31.2020 | | 4801 Frederica Street  Owensboro  KY  42301- | | | | | |
| 9 | 013 | 1 | 11.30.2020 | 20_11 | US Bank | System Disbursement | 839948 | 880.44 | 880.44 | 0.00 |
| Cleared: 12.14.2020 | | | Posted: 11.30.2020 | | 4801 Frederica Street  Owensboro  KY  42301- | | | | | |
| 9 | 013 | 1 | 10.30.2020 | 20_10 | US Bank | System Disbursement | 838536 | 880.44 | 880.44 | 0.00 |
| Cleared: 11.09.2020 | | | Posted: 10.30.2020 | | 4801 Frederica Street  Owensboro  KY  42301- | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 013 | 1 | 09.30.2020 | 20_09 | US Bank | System Disbursement | 837149 | 2,641.32 | 2,641.32 | 0.00 |
| Cleared: 10.07.2020 | | | Posted: 09.30.2020 | | 4801 Frederica Street    Owensboro  KY  42301- | | | | | |

|  |  |
|---|---|
| Total Principal | 44,707.34 |
| Total Interest | 0.00 |
| Total | 44,707.34 |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 013a | 1 | 08.31.2022 | 22_08 | US Bank | System Disbursement | 866249 | 39.55 | 39.55 | 0.00 |
| Cleared: 09.09.2022 | | | Posted: 08.31.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 07.29.2022 | 22_07 | US Bank | System Disbursement | 865027 | 118.78 | 118.78 | 0.00 |
| Cleared: 08.05.2022 | | | Posted: 07.29.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 06.30.2022 | 22_06 | US Bank | System Disbursement | 863927 | 118.78 | 118.78 | 0.00 |
| Cleared: 07.07.2022 | | | Posted: 06.30.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 05.31.2022 | 22_05 | US Bank | System Disbursement | 862766 | 118.78 | 118.78 | 0.00 |
| Cleared: 06.10.2022 | | | Posted: 05.31.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 04.29.2022 | 22_04 | US Bank | System Disbursement | 861646 | 118.78 | 118.78 | 0.00 |
| Cleared: 05.06.2022 | | | Posted: 04.29.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 03.31.2022 | 22_03 | US Bank | System Disbursement | 860599 | 118.78 | 118.78 | 0.00 |
| Cleared: 04.06.2022 | | | Posted: 03.31.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 02.28.2022 | 22_02 | US Bank | System Disbursement | 859434 | 118.78 | 118.78 | 0.00 |
| Cleared: 03.07.2022 | | | Posted: 02.28.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 01.31.2022 | 22_01 | US Bank | System Disbursement | 858380 | 118.78 | 118.78 | 0.00 |
| Cleared: 02.09.2022 | | | Posted: 01.31.2022 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 12.30.2021 | 21_12 | US Bank | System Disbursement | 857310 | 118.78 | 118.78 | 0.00 |
| Cleared: 01.10.2022 | | | Posted: 12.30.2021 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 11.30.2021 | 21_11 | US Bank | System Disbursement | 856156 | 118.78 | 118.78 | 0.00 |
| Cleared: 12.07.2021 | | | Posted: 11.30.2021 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 10.29.2021 | 21_10 | US Bank | System Disbursement | 855012 | 118.78 | 118.78 | 0.00 |
| Cleared: 11.05.2021 | | | Posted: 10.29.2021 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 09.30.2021 | 21_09 | US Bank | System Disbursement | 853803 | 270.09 | 270.09 | 0.00 |
| Cleared: 10.06.2021 | | | Posted: 09.30.2021 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 08.31.2021 | 21_08 | US Bank | System Disbursement | 852545 | 147.54 | 147.54 | 0.00 |
| Cleared: 09.10.2021 | | | Posted: 09.01.2021 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 07.30.2021 | 21_07 | US Bank | System Disbursement | 851267 | 163.75 | 163.75 | 0.00 |
| Cleared: 08.06.2021 | | | Posted: 07.30.2021 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 06.30.2021 | 21_06 | US Bank | System Disbursement | 849698 | 117.64 | 117.64 | 0.00 |
| Cleared: 07.07.2021 | | | Posted: 06.30.2021 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |
| 22 | 013a | 1 | 05.28.2021 | 21_05 | US Bank | System Disbursement | 848419 | 104.35 | 104.35 | 0.00 |
| Cleared: 06.08.2021 | | | Posted: 05.28.2021 | | 4801 Frederica Street | Owensboro KY 42301- | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| DISBURSEMENTS through 07/02/2024 | | | | | | CASE NUMBER 2061210 DEBTOR Ebert, III, Thomas Michael _Ebert, April Raquel | | | | |
| 22 | 013a | 1 | 04.30.2021 | 21_04 | US Bank | System Disbursement | 847033 | 161.33 | 161.33 | 0.00 |
| Cleared: 05.07.2021 | | | Posted: 04.30.2021 | | 4801 Frederica Street | Owensboro  KY  42301- | | | | |
| 22 | 013a | 1 | 03.31.2021 | 21_03 | US Bank | System Disbursement | 845574 | 195.50 | 195.50 | 0.00 |
| Cleared: 04.06.2021 | | | Posted: 03.31.2021 | | 4801 Frederica Street | Owensboro  KY  42301- | | | | |
| 22 | 013a | 1 | 02.26.2021 | 21_02 | US Bank | System Disbursement | 844045 | 64.48 | 64.48 | 0.00 |
| Cleared: 03.05.2021 | | | Posted: 02.26.2021 | | 4801 Frederica Street | Owensboro  KY  42301- | | | | |
| 22 | 013a | 1 | 01.29.2021 | 21_01 | US Bank | System Disbursement | 842819 | 189.05 | 189.05 | 0.00 |
| Cleared: 02.08.2021 | | | Posted: 01.29.2021 | | 4801 Frederica Street | Owensboro  KY  42301- | | | | |
| 22 | 013a | 1 | 12.31.2020 | 20_12 | US Bank | System Disbursement | 841265 | 68.27 | 68.27 | 0.00 |
| Cleared: 01.11.2021 | | | Posted: 12.31.2020 | | 4801 Frederica Street | Owensboro  KY  42301- | | | | |
| 22 | 013a | 1 | 11.30.2020 | 20_11 | US Bank | System Disbursement | 839948 | 156.65 | 156.65 | 0.00 |
| Cleared: 12.14.2020 | | | Posted: 11.30.2020 | | 4801 Frederica Street | Owensboro  KY  42301- | | | | |
| 22 | 013a | 1 | 10.30.2020 | 20_10 | US Bank | System Disbursement | 838536 | 119.01 | 119.01 | 0.00 |
| Cleared: 11.09.2020 | | | Posted: 10.30.2020 | | 4801 Frederica Street | Owensboro  KY  42301- | | | | |
| 22 | 013a | 1 | 09.30.2020 | 20_09 | US Bank | System Disbursement | 837149 | 24.04 | 24.04 | 0.00 |
| Cleared: 10.07.2020 | | | Posted: 09.30.2020 | | 4801 Frederica Street | Owensboro  KY  42301- | | | | |

| | |
|---|---|
| Total Principal | 3,009.05 |
| Total Interest | 0.00 |
| Total | 3,009.05 |